IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| STAR LOCK SYSTEMS, INC., | : | |
|---|---|---|
| Plaintiff, | : | Case No. C2 03-616 |
| v. | : | Judge Gregory L. Frost |
| DIXIE-NARCO, INC., et al., | : | Magistrate Judge Mark R. Abel |
| Defendants. | : | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The Court having reviewed the Joint Motion for partial dismissal of certain claims filed by Plaintiff Star Lock Systems, Inc. ("Star Lock") and Defendants TriTeq Lock & Security, LLC, ("TriTeq"), Dixie-Narco, Inc. ("Dixie-Narco"), PepsiAmericas, Inc. ("PepsiAmericas"), and G&J Pepsi Bottlers, Inc. ("G&J"), it is hereby ORDERED as follows:

1. Star Lock's Complaint, including all claims against TriTeq, Dixie-Narco, PepsiAmericas and G&J, is DISMISSED WITH PREJUDICE;

2. Any and all counterclaims of TriTeq, Dixie-Narco, PepsiAmericas and G&J against Star Lock are DISMISSED WITH PREJUDICE;

3. This Order shall have no effect on any cross-claims between and among TriTeq, Dixie-Narco, PepsiAmericas and G&J, which remain pending.

Dated: 1/19/07

Judge Gregory L. Frost